

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2019

No. 04-19-00487-CV

Ali **CHERAIF**,
Appellant

v.

**BARSHOP & OLES COMPANY, INC.**, San Pedro North, Ltd., Northwoods Center, Inc., and
Northwoods Center III, Inc.,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-02395
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

An appellant must file his brief within thirty days after the later of the date the clerk's record or the date the reporter's record is filed. TEX. R. APP. P. 38.6(a). In this appeal, the clerk's record was filed on August 15, 2019. Appellant's docketing statement indicated that no reporter's record would be filed in this appeal. Therefore, it appeared that appellant's brief was due on September 16, 2019. When appellant failed to file his brief or a motion for extension of time by this date, the clerk of the court notified appellant that his brief was overdue. Thereafter, on September 20, 2019, the reporter's record was filed. Appellant's brief is therefore due on or before **Monday, October 21, 2019**. *See* TEX. R. APP. P. 38.6(a); 4.1(a).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk